Michael W. Burnett, Esq. (State Bar No. 98696)
BURNETT & MATTHEWS, LLP
4675 MacArthur Court, Suite 1540
Newport Beach, CA 92660
Phone: (949) 975-1997
Fax: (949) 975-1988

Attorneys for Defendant
MTDS, INC., a California corporation
dba MERIDIAN TRUST DEED SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR BART WILLIAMS,<br><br>  Plaintiff,<br><br>  vs.<br><br>RESIDENTIAL MORTGAGE CAPITAL, INDYMAC MORTGAGE SERVICES, ONE WEST BANK, FSB, MERIDIAN FORECLOSURE SERVICE, FIRST SECURITY LOAN, MORTGAGE ELECTRONIC SYSTEMS, INC., and DOES 1-100,<br><br>  Defendants. | Case No. C09-05629<br><br>STIPULATION EXCUSING DEFENDANT MTDS, INC., A CALIFORNIA CORPORATION, DBA MERIDIAN TRUST DEED SERVICE, ERRONEOUSLY SUED HEREIN AS MERIDIAN FORECLOSURE SERVICE, FROM FURTHER PARTICIPATING IN THIS ACTION; AND ORDER THEREON |

This Stipulation excusing defendant MTDS, Inc., dba MERIDIAN TRUST DEED SERVICE, erroneously sued herein as Meridian Foreclosure Service ("MTDS") from further participating in this action ("Stipulation") is entered into by, between, and amongst Plaintiff ARTHUR BART WILLIAMS ("Plaintiff") and Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), INDYMAC MORTGAGE SERVICES, ONE WEST BANK, FSB and MTDS, through their respective counsel of record.

WHEREAS, MTDS is the substituted trustee under a deed of trust ("Deed of Trust") securing a promissory note ("Note") in the original principal sum of $464,000.00 executed by Plaintiff, as Trustor, and MERS, as beneficiary. The Deed of Trust was recorded on April 10, 2007, as Instrument No. 2007-0103743-00 in the Official Records of the County of Contra Costa, California and describes and encumbers the real property located at 1350 Club Lane, Richmond, California 94803, County of Contra Costa, State of California ("Subject Property").

WHEREAS, Plaintiff has brought this action for an accounting, damages, declaratory and injunctive relief, as set forth in his Complaint filed in the Superior Court for the County of Contra Costa on September 23, 2009, which Complaint was removed to this Court on December 1, 2009.

WHEREAS, the parties recognize that MTDS is merely a passive defendant in this matter, such that the parties agree in accordance with this Stipulation to alleviate the necessity of MTDS further participating in this lawsuit.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND AMONGST THE UNDERSIGNED COUNSEL FOR THE PARTIES HERETO:

1. MTDS has been named as a Defendant solely in its capacity as Trustee under the Deed of Trust. MTDS has not been named as a defendant due to any acts or omissions on its part in the performance of its duties as trustee under the Deed of Trust.

2. MTDS is hereby excused from further participating in this action, including any upcoming case management conferences, settlement conferences and/or trial.

3. MTDS shall not be subject to any monetary awards for damages, attorneys' fees or costs in this action.

4. MTDS shall be bound as a non-participating party by any declaratory, injunctive or other nonmonetary relief obtained by Plaintiffs in connection with the Deed of Trust, any Notices of Default, Notices of Trustee's Sale or Trustee's Deed Upon Sale recorded with respect to the Subject Property in connection therewith.

| | | |
|---|---|---|
| Dated: February 25, 2010 | | MICHAEL ROONEY LAW OFFICE |

By:/s/ Michael Rooney
   Michael Rooney
   Attorney for Plaintiff
   ARTHUR BART WILLIAMS

Dated: February 25, 2010                BURNETT & MATTHEWS, LLP

By:/s/Michael W. Burnett
   Michael W. Burnett, Esq.
   Attorney for Defendant
   MTDS, INC., a California corporation
   dba MERIDIAN TRUST DEED SERVICE

Dated: February 25, 2010                ALLEN MATKINS LECK GAMBLE
                                                     MALLORY & NATSIS, LLP

By:/s/ Cathy A. Hongola
   William R. Harmsen, Esq.
   Cathy A. Hongola
   Attorney for Defendants
   MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC.; INDYMAC MORTGAGE
   SERVICES and ONE WEST BANK, FSB

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:_3/1_____, 2010

_____
Hon. Mari[lyn H. Patel]
United Sta[tes District Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

3
STIPULATION EXCUSING DEFENDFANT MTDS, INC. FROM FURTHER PARTICIPATING IN THIS ACTION