MICHAEL ROONEY LAW OFFICE
Michael Patrick Rooney (No. 248491)
580 California St., 16th Floor
San Francisco, CA 94104
Telephone: (415) 533-0282
Facsimile: (415) 704-3321
Email: mike@mikerooneylaw.com

DRUMMOND & ASSOCIATES
Donald F. Drummond (No. 052986)
Bridget B. Laurent (No. 188394)
201 Mission Street, Suite 1330
San Francisco, CA 94105
Telephone: (415) 433-2261
Facsimile: (415) 438-9819
Email: buldogdrum@drummondlaw.net
       blaurent@drummondlaw.net

Attorneys for Plaintiff Arthur Bart-Williams

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR BART-WILLIAMS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RESIDENTIAL MORTGAGE CAPITAL, INDYMAC MORTGAGE SERVICES, ONE WEST BANK FSB, MERIDIAN FORECLOSURE SERVICE, FIRST SECURITY LOAN, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC. and DOES 1-100, <br><br> Defendants. | Case No. 3:09-cv-05629 MHP <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br> [F.R.C.P. §41(a)(1)] <br><br> 7/6/2010 <br><br> IT IS SO ORDERED <br> Judge Marilyn H. Patel |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: July 1, 2010                           DRUMMOND & ASSOCIATES

                                    By:    /s/ Bridget B. Laurent
                                           Bridget B. Laurent
                                           Attorneys for Plaintiff Arthur Bart-Williams

Drummond & Associates
201 Mission St., Suite 1330
San Francisco, CA 94111
415-433-2261
Fax: 415-438-9819

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [No. 3:09-cv-05629 MHP]